Kennedy, moved for judgment against James Phagan sheriff of Sullivan. An execution had issued at the instance of the plaintiff against the defendant for $2063 83 returnable to this term; upon which the sheriff returned, that he had sold property to John Rhea to the amount of $665. That the money was attached in his hands on the 1st. of Sept. 1806, and that he was summoned as Garnishee, to appearat the next county court of Sullivan,at the suit
 
 *209
 
 of Lawrence Snapp, and James Gains senior against said Pawley.
 

 Kennedy, referred to a case in Douglass, and another in 1 Cranch, from which he said it appeared, that money which had been livied, and was in the hands of an officer could not be attached. Of this opinion was the court, and therefore judgment for plaintiff against the sheriff.
 
 *
 

 This motion was grounded upon the act of 1803.c.18.
 

 *
 

 See 1. Cr. 117-3 Cain. 84 n.-Doug. 231-4.East 510. 5. Bos. and Pull. 376. 9. East. 48.-5. Johns Rep. 163.-2. Wiled. Bac. Ab. 71 n.